448 F.2d 1399
 UNITED STATES of America, Appellee,
v.
Allen KLEIN, Appellant.
 No. 116.
 Docket 71-1464.
 United States Court of Appeals, Second Circuit.
 Argued October 6, 1971.
 Decided October 13, 1971.
 
 Appeal from the United States District Court for the Southern District of New York; Morris E. Lasker, Judge.
 Max Freund, New York City (Rosenman, Colin, Kaye, Petschek, Freund & Emil, New York City, on the brief), for appellant.
 Alan B. Morrison, Asst. U. S. Atty., for appellee.
 Before MOORE, HAYS and FEINBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 The decision of the district court is affirmed.